IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 05 333 S

| | | |
|---|---|---|
| WILLIAM C. STONE and CAROLYN MARK | ) | |
| | ) | |
| | ) | |
| v. | ) | C. A. NO. |
| THE UNITED STATES OF AMERICA | ) | |
| (DEPARTMENT OF THE TREASURY- | ) | |
| INTERNAL REVENUE SERVICE) | ) | |

PETITION FOR REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND:

1. The United States of America on behalf of the Internal Revenue Service is a defendant in an action in the Superior Court, Kent County, State of Rhode Island entitled, William C. Stone and Carolyn Mark v. The United States of America (Department of the Treasury-Internal Revenue Service), C. A. NO. KC 05-0570, commenced on July 8, 2005. Service of a summons and complaint was made on the United States Attorney on July 14, 2005.

2. The attached documents are copies of pleadings that were served on the United States as of this date. Certified or attested copies of all records and proceedings in the Kent County, Rhode Island Superior Court and a certified or attested copy of all docket entries there, including the filing of a copy of this petition, will be listed with this court within ten days as required by Local Rule 36(b).

3. The facts as alleged in the complaint in the above described action represent a civil action commenced in State Court against an agency of the United States. Such action may be removed to this Court pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1442(a)(1) and 28 U.S.C.

28 U.S.C. §1446.

WHEREFORE, the petitioner prays that the above-described action pending in the Superior Court, Kent County, State of Rhode Island be removed therefrom to this Court.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI, #2919
Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903
401/709-5000

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2005, I caused a copy of the within documents to forwarded, by postage prepaid mail, to:

James P. Marusak, Esq.
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place
Suite 900 Street
Providence, RI 02903