**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WILLIAM C. STONE and
CAROLYN MARK

v. C.A. No.: 05-333S

THE UNITED STATES OF AMIERICA
(DEPARTMENT OF THE TREASURY
– INTERNAL REVENUE SERVICE)

**ON REMOVAL FROM:**

---

STATE OF RHODE ISLAND SUPERIOR COURT
KENT, SC.

WILLIAM C. STONE and CAROLYN MARK

v. C.A. NO: KC 05-0570

THE UNITED STATES OF AMERICA
(DEPARTMENT OF THE TREASURY
– INTERNAL REVENUE SERVICE)

**AFFIDAVIT OF SERVICE**

The undersigned, being duly sworn, upon oath deposes and says:

1. That he is the attorney of record for Plaintiffs, William C. Stone and Carolyn Mark, and has personal knowledge of the facts as set forth in this affidavit.

2. That Plaintiffs have filed a Complaint against The United States of America (Department of the Treasury – Internal Revenue Service) on or about July 21, 2005.

3. Defendant, The United States of America (Department of the Treasury – Internal Revenue Service), was served with a copy of the Complaint by certified mail, return receipt requested, mailed to Alberto R. Gonzalez, U.S. Attorney General, U.S. Department of Justice,

950 Pennsylvania Avenue, NW, Washington, D.C. 20530 on July 18, 2005 pursuant to Super. R. Civ. P. (4)(f)(2).

4. Attached hereto as **Exhibit A** is the return receipt indicating that Defendant was served by certified mail, return receipt requested on July 18, 2005.

5. Attached hereto as **Exhibit B** are copies of the Complaint and Summons served upon Defendant by certified mail on July 18, 2005.

6. All of the above is true and correct to the best of my knowledge, information and belief.

WILLIAM C. STONE and
CAROLYN MARK

By their Attorneys:

James P. Marusak, #2470
Gidley, Sarli & Marusak, LLP
One Turks Head Place
Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 fax

Subscribed and sworn to before me this 9th day of August, 2005.

Notary Public
My Commission Expires: 7/22/06

FILED

2005 AUG -9 P 1:52

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND