U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.90 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.95 |

Postmark Here

Sent To: Alberto R. Gonzalez, US Atty General, US Dept. Justice
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4: Washington, D.C. 20530-0001

PS Form 3800, June 2002 — See Reverse for Instructions

7002 3150 0000 6189 4985

---

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto R. Gonzalez
U.S. Attorney General
U.S. Dept. of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

A. Signature
X [illegible]

B. Received by (Printed Name) [illegible]
JUL 1 ? 2005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

EXHIBIT
A