IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM C. STONE and CAROLYN MARK | ) | |
| | ) | |
| | ) | |
| v. | ) | C. A. NO. 05-333S |
| THE UNITED STATES OF AMERICA | ) | |
| (DEPARTMENT OF THE TREASURY- | ) | |
| INTERNAL REVENUE SERVICE) | ) | |

CERTIFIED COPIES OF DOCKET SHEET AND PLEADINGS

Pursuant to Local Rule 36(b), the United States of America hereby files certified copies of all pleadings together with a certified copy of the docket sheet reflecting the filing date of the petition for removal.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Michael P. Iannotti

MICHAEL P. IANNOTTI, #2919
Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903
401/709-5000

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2005-0570 WILLIAM C STONE V UNITED STATES IRS

Filing Date: 06-27-2005
Case Status: CLOSED DURING DISCOVERY

Case Type: TITLE CLEARING
Status Date: 08-04-2005

Plaintiff: WILLIAM STONE
ID: @10274878
Attorney: JAMES MARUSAK

Plaintiff: CAROLYN MARK
ID: @10274879
Attorney: JAMES MARUSAK

Defendant: UNITED STATES IRS
ID: @10274880

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-27-2005 | COMPLAINT FILED | |
| 06-27-2005 | INITIAL FILING FEE | |
| 06-27-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCK49075. |
| 07-18-2005 | SUMMONS,PROOF OF SERVICE FILED | USA TREASURY-IRS |
| 08-04-2005 | NOTICE OF REMOVAL | |
| 08-04-2005 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
Jane M. Anthony ,Clerk
Offices of Clerk of Superior Court
County of Kent
Rhode Island