**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WILLIAM C. STONE and
CAROLYN MARK

v. C.A. No.: 05-333S

THE UNITED STATES OF AMIERICA
(DEPARTMENT OF THE TREASURY
– INTERNAL REVENUE SERVICE)

**NOTICE TO TAKE DEPOSITION**

TO: **Keeper of the Records**
**United States of America**
**Dept. of the Treasury**
**Internal Revenue Service**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 26, Plaintiffs will take the deposition upon oral examination of **Keeper of the Records, United States of America, Dept. of the Treasury (Internal Revenue Service)** on **Thursday, February 16, 2005** at **3:00 p.m.** before a notary public or other qualified officer at the offices of **GIDLEY, SARLI & MARUSAK, LLP, One Turks Head Place, Suite 900, Providence, Rhode Island** and the deposition stall continue until completed as the taking thereof may be from time to time adjourned. Designation of the materials to be produced as set forth in subpoena is attached hereto and incorporated in this notice as "Exhibit A".

Plaintiffs,
WILLIAM C. STONE and CAROLYN MARK,

By their attorney,

James P. Marusak #2470
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644; (401) 331-9304 FAX

**CERTIFICATE OF SERVICE**

Robert Clark Corrente
Michael P. Iannotti
U.S. Attorney's Office
District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Attorney Wendy J. Kisch
U.S. Department of Justice, Tax Division
Civil Trial Section, Northern Region
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

I hereby certify that I forwarded a copy of the foregoing to the above-referenced counsel of record on this 13th day of January, 2006

Karen Ciccone

cc: Allied Court Reporters

**EXHIBIT A**

1. Copies of any and all letters, writings, notes, documents, records, memoranda, files, accountings, documents and agreements pertaining to any tax obligation, lien or encumbrance asserted by the above-stated defendants, as against or pertaining to Gary H. Beachum, Katherine T. Beachum and/or Zachary Ashton or their assets; copies of any and all documents evidencing payment of amounts in connection with the aforementioned obligations or liens by anyone; including, but not limited to, copies of all correspondence, letters, writings, documents, copies of checks and/or releases evidencing satisfaction and/or payment thereof by Gary H. Beachum, Katherine T. Beachum or Zachary Ashton, or any other individual or entity; copies of any and all documents evidencing a set-off or satisfaction of the tax obligation lien; copies of any and all guaranties or any other documents executed by Gary H. Beachum, Katherine T. Beachum or Zachary Ashton and/or any other individual that guaranteed and/or secured payment(s); copies of any and all records pertaining the past and current addresses of Gary H. Beachum, Katherine T. Beachum or Zachary Ashton.

2. Copies of any and all title abstracts, title reports and searches performed as to properties identified as 99 Larch Road, East Greenwich, RI or any other properties now or previously owned by Gary H. Beachum, Katherine T. Beachum or Zachary Ashton; copies of payoff requests, letters, copies of checks, discharges and/or releases evidencing satisfaction and/or payment of Gary H. Beachum, Katherine T. Beachum or Zachary Ashton, or any other individual or entity in connection with the above stated properties or assets; copies of any and all deeds, mortgages or other encumbrances or documents relative to title or interests in the subject properties or liens.

3. Copies of any and all letters, list, reports, investigative data, asset searches, writings, notes, documents, records, memoranda, recordings, statements, e-mails, other documents or data, pertaining to any attempts to collect any tax obligation as against Gary H. Beachum, Katherine T. Beachum or Zachary Ashton or their assets by any of the above-stated defendants; copies of any and all documents evidencing or identifying income, assets or other potential sources of repayment in connection with the aforementioned tax obligations or liens.

4. Any and all documents, deeds, liens, records, statements, articles, reports, ledgers or any other written or printed matter which the Defendant intends to introduce at trial in this matter.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WILLIAM C. STONE and
CAROLYN MARK

v. C.A. No.: 05-333S

THE UNITED STATES OF AMIERICA
(DEPARTMENT OF THE TREASURY
– INTERNAL REVENUE SERVICE)

**30(b)(6) NOTICE TO TAKE DEPOSITION**

TO: **The person to be designated by the Defendant, most knowledgeable as to the matters in controversy, including, but not limited to, the matters referred to in Plaintiffs' Complaint, the Defendant's Answer thereto, and documents listed on "Exhibit A" attached hereto.**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiffs will take the deposition upon oral examination of **the above-named individual** on **Thursday, February 16, 2005** at **2:00 p.m.** before a notary public or other qualified officer at the offices of **GIDLEY, SARLI & MARUSAK, LLP, One Turks Head Place, Suite 900, Providence, Rhode Island** and the deposition stall continue until completed as the taking thereof may be from time to time adjourned. Designation of the materials to be produced as set forth in subpoena is attached hereto and incorporated in this notice as "Exhibit A".

Plaintiffs,

WILLIAM C. STONE and CAROLYN MARK,

By their attorney,

James P. Marusak #2470
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644; (401) 331-9304 FAX

## CERTIFICATE OF SERVICE

Robert Clark Corrente
Michael P. Iannotti
U.S. Attorney's Office
District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Attorney Wendy J. Kisch
U.S. Department of Justice, Tax Division
Civil Trial Section, Northern Region
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

I hereby certify that I forwarded a copy of the foregoing to the above-referenced counsel of record on this 13th day of January, 2006

Karen Ciccone

cc: Allied Court Reporters

**EXHIBIT A**

1. Copies of any and all letters, writings, notes, documents, records, memoranda, files, accountings, documents and agreements pertaining to any tax obligation, lien or encumbrance asserted by the above-stated defendants, as against or pertaining to Gary H. Beachum, Katherine T. Beachum and/or Zachary Ashton or their assets; copies of any and all documents evidencing payment of amounts in connection with the aforementioned obligations or liens by anyone; including, but not limited to, copies of all correspondence, letters, writings, documents, copies of checks and/or releases evidencing satisfaction and/or payment thereof by Gary H. Beachum, Katherine T. Beachum or Zachary Ashton, or any other individual or entity; copies of any and all documents evidencing a set-off or satisfaction of the tax obligation lien; copies of any and all guaranties or any other documents executed by Gary H. Beachum, Katherine T. Beachum or Zachary Ashton and/or any other individual that guaranteed and/or secured payment(s); copies of any and all records pertaining the past and current addresses of Gary H. Beachum, Katherine T. Beachum or Zachary Ashton.

2. Copies of any and all title abstracts, title reports and searches performed as to properties identified as 99 Larch Road, East Greenwich, RI or any other properties now or previously owned by Gary H. Beachum, Katherine T. Beachum or Zachary Ashton; copies of payoff requests, letters, copies of checks, discharges and/or releases evidencing satisfaction and/or payment of Gary H. Beachum, Katherine T. Beachum or Zachary Ashton, or any other individual or entity in connection with the above stated properties or assets; copies of any and all deeds, mortgages or other encumbrances or documents relative to title or interests in the subject properties or liens.

3. Copies of any and all letters, list, reports, investigative data, asset searches, writings, notes, documents, records, memoranda, recordings, statements, e-mails, other documents or data, pertaining to any attempts to collect any tax obligation as against Gary H. Beachum, Katherine T. Beachum or Zachary Ashton or their assets by any of the above-stated defendants; copies of any and all documents evidencing or identifying income, assets or other potential sources of repayment in connection with the aforementioned tax obligations or liens.

4. Any and all documents, deeds, liens, records, statements, articles, reports, ledgers or any other written or printed matter which the Defendant intends to introduce at trial in this matter.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WILLIAM C. STONE and
CAROLYN MARK

v. C.A. No.: 05-333S

THE UNITED STATES OF AMIERICA
(DEPARTMENT OF THE TREASURY
– INTERNAL REVENUE SERVICE)

**NOTICE TO TAKE DEPOSITION**

TO: **Christopher J. Ray, Revenue Officer**
**60 Quaker Lane**
**Warwick, RI 02886**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 26, Plaintiffs will take the deposition upon oral examination of **CHRISTOPHER J. RAY** on **Thursday, February 16, 2005** at **4:00 p.m.** before a notary public or other qualified officer at the offices of **GIDLEY, SARLI & MARUSAK, LLP, One Turks Head Place, Suite 900, Providence, Rhode Island** and the deposition stall continue until completed as the taking thereof may be from time to time adjourned. Designation of the materials to be produced as set forth in subpoena is attached hereto and incorporated in this notice as "Exhibit A".

Plaintiffs,

WILLIAM C. STONE and CAROLYN MARK,

By their attorney,

James P. Marusak #2470
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644; (401) 331-9304 FAX

**CERTIFICATE OF SERVICE**

Robert Clark Corrente
Michael P. Iannotti
U.S. Attorney's Office
District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Attorney Wendy J. Kisch
U.S. Department of Justice, Tax Division
Civil Trial Section, Northern Region
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

I hereby certify that I forwarded a copy of the foregoing to the above-referenced counsel of record on this 13th day of January, 2006

Karen Ciccone

cc: Allied Court Reporters

**EXHIBIT A**

1. Copies of any and all letters, writings, notes, documents, records, memoranda, files, accountings, documents and agreements pertaining to any tax obligation, lien or encumbrance asserted by the above-stated defendants, as against or pertaining to Gary H. Beachum, Katherine T. Beachum and/or Zachary Ashton or their assets; copies of any and all documents evidencing payment of amounts in connection with the aforementioned obligations or liens by anyone; including, but not limited to, copies of all correspondence, letters, writings, documents, copies of checks and/or releases evidencing satisfaction and/or payment thereof by Gary H. Beachum, Katherine T. Beachum or Zachary Ashton, or any other individual or entity; copies of any and all documents evidencing a set-off or satisfaction of the tax obligation lien; copies of any and all guaranties or any other documents executed by Gary H. Beachum, Katherine T. Beachum or Zachary Ashton and/or any other individual that guaranteed and/or secured payment(s); copies of any and all records pertaining the past and current addresses of Gary H. Beachum, Katherine T. Beachum or Zachary Ashton.

2. Copies of any and all title abstracts, title reports and searches performed as to properties identified as 99 Larch Road, East Greenwich, RI or any other properties now or previously owned by Gary H. Beachum, Katherine T. Beachum or Zachary Ashton; copies of payoff requests, letters, copies of checks, discharges and/or releases evidencing satisfaction and/or payment of Gary H. Beachum, Katherine T. Beachum or Zachary Ashton, or any other individual or entity in connection with the above stated properties or assets; copies of any and all deeds, mortgages or other encumbrances or documents relative to title or interests in the subject properties or liens.

3. Copies of any and all letters, list, reports, investigative data, asset searches, writings, notes, documents, records, memoranda, recordings, statements, e-mails, other documents or data, pertaining to any attempts to collect any tax obligation as against Gary H. Beachum, Katherine T. Beachum or Zachary Ashton or their assets by any of the above-stated defendants; copies of any and all documents evidencing or identifying income, assets or other potential sources of repayment in connection with the aforementioned tax obligations or liens.

4. Any and all documents, deeds, liens, records, statements, articles, reports, ledgers or any other written or printed matter which the Defendant intends to introduce at trial in this matter.