**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WILLIAM C. STONE and
CAROLYN MARK

v. C.A. No.: 05-333S

THE UNITED STATES OF AMIERICA
(DEPARTMENT OF THE TREASURY
– INTERNAL REVENUE SERVICE)

**NOTICE TO TAKE DEPOSITION**

TO: **Keeper of Records**
**Cress & Co. Realtors**
**5853 Post Road**
**East Greenwich, RI**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiffs will take the deposition upon oral examination of **the Keeper of the Records for Cress & Co. Realtors,** on **March 29, 2006** at **1:00 p.m.** before a notary public or other qualified officer at the offices of **GIDLEY, SARLI & MARUSAK, LLP, One Turks Head Place, Suite 900, Providence, Rhode Island** and the deposition stall continue until completed as the taking thereof may be from time to time adjourned. Designation of the materials to be produced as set forth in subpoena is attached hereto and incorporated in this notice as "Exhibit A".

Plaintiffs,

WILLIAM C. STONE and CAROLYN MARK,

By their attorney,

James P. Marusak #2470
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644; (401) 331-9304 FAX

**CERTIFICATE OF SERVICE**

Robert Clark Corrente
Michael P. Iannotti
U.S. Attorney's Office
District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Attorney Wendy J. Kisch
U.S. Department of Justice, Tax Division
Civil Trial Section, Northern Region
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

I hereby certify that I forwarded a copy of the foregoing to the above-referenced counsel of record on this 10th day of March, 2005.

Karen Ciccone

cc: Allied Court Reporters

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WILLIAM C. STONE and
CAROLYN MARK

v. C.A. No.: 05-333S

THE UNITED STATES OF AMIERICA
(DEPARTMENT OF THE TREASURY
– INTERNAL REVENUE SERVICE)

**"EXHIBIT A"**

**LIST OF DOCUMENTS TO BE PRODUCED PURSUANT TO SUBPOENA**

1. Copies of any and all letters, writings, notes, documents, records, memoranda, files, accountings, documents and agreements pertaining to any tax obligation, lien or encumbrance asserted by the Internal Revenue, as against or pertaining to Gary H. Beachum, Katherine T. Beachum and/or Zachary Ashton or their assets; including but not limited to 99 Larch Road, East Greenwich, Rhode Island.

2. Copies of any and all documents, including, but not limited to, copies of all agreements, correspondence, letters, writings, notes, listings, advertisements, appraisals, records, closing documents, copies of checks or payments, communications with Gary H. Beachum, Katherine T. Beachum or Zachary Ashton, their attorneys or agents, or any other individual or entity relative to the property at 99 Larch Road, East Greenwich, Rhode Island.

3. Copies of any and all records pertaining the past and current addresses or assets of Gary H. Beachum, Katherine T. Beachum or Zachary Ashton.

4. Copies of any and all title abstracts, title reports, searches, appraisals performed as to the property identified as 99 Larch Road, East Greenwich, RI or any other properties now or previously owned by Gary H. Beachum, Katherine T. Beachum or Zachary Ashton.

5. Copies of payoff requests, letters, copies of checks, closing documents, HUD-1 Statements, discharges and/or releases evidencing satisfaction and/or payment of Gary H. Beachum, Katherine T. Beachum or Zachary Ashton, or any other individual or entity in connection with the above stated properties or assets.

6. Copies of any and all deeds, mortgages, liens, leases or other encumbrances or documents relative to title or purported interests in property at 99 Larch Road, East Greenwich, Rhode Island.

7. Copies of any and all files, contracts, letters, listings, reports, investigative data, appraisals, credit reports, asset searches, writings, notes, documents, records, memoranda, recordings, statements, e-mails, other documents or data, pertaining to the listing, marketing, evaluation, sale, closing of the property located at 99 Larch Road, East Greenwich, Rhode Island or relative to Gary H. Beachum, Katherine T. Beachum or Zachary Ashton or their assets.

8. Any and all other advertisements, disclosures, documents, listings, deeds, liens, records, statements, articles, reports, ledgers or any other written or printed matter relative to the listing, marketing, sales, closing, evaluation of the property at 99 Larch Road, East Greenwich, Rhode Island and any tax liens levied on or against Gary H. Beachum.

9. All listing agreements for the property located at 99 Larch Road, East Greenwich, Rhode Island.

10. Any and all letters, correspondence, notes, e-mails or other communications with, from, to, by or between any of the following persons or parties relative to the above-referenced persons, subjects or properties:

Gary Beachum

Katherine Beachum

Zachary Ashton

William Stone

Carolyn Mark

Robert Cressman, Jr.

H. Judy Derderian

John Comery, Esq.

Roger Coutu, Esq.

Charles T. Knowles

Ronald C. Markoff

Amy L. Mower

Maureen Ridgely

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WILLIAM C. STONE and
CAROLYN MARK

v. C.A. No.: 05-333S

THE UNITED STATES OF AMIERICA
(DEPARTMENT OF THE TREASURY
– INTERNAL REVENUE SERVICE)

**NOTICE TO TAKE DEPOSITION**

TO: **Robert Cressman, Jr.**
**Cress & Co. Realtors**
**5853 Post Road**
**East Greenwich, RI**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiffs will take the deposition upon oral examination of **Robert Cressman, Jr.,** on **March 29, 2006** at **2:00 p.m.** before a notary public or other qualified officer at the offices of **GIDLEY, SARLI & MARUSAK, LLP, One Turks Head Place, Suite 900, Providence, Rhode Island** and the deposition stall continue until completed as the taking thereof may be from time to time adjourned. Designation of the materials to be produced as set forth in subpoena is attached hereto and incorporated in this notice as "Exhibit A".

Plaintiffs,

WILLIAM C. STONE and CAROLYN MARK,

By their attorney,

James P. Marusak #2470
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644; (401) 331-9304 FAX

**CERTIFICATE OF SERVICE**

Robert Clark Corrente
Michael P. Iannotti
U.S. Attorney's Office
District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Attorney Wendy J. Kisch
U.S. Department of Justice, Tax Division
Civil Trial Section, Northern Region
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

I hereby certify that I forwarded a copy of the foregoing to the above-referenced counsel of record on this 10th day of March, 2005.

Karen Ciccone

cc: Allied Court Reporters

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WILLIAM C. STONE and
CAROLYN MARK

v. C.A. No.: 05-333S

THE UNITED STATES OF AMIERICA
(DEPARTMENT OF THE TREASURY
– INTERNAL REVENUE SERVICE)

## "EXHIBIT A"

## LIST OF DOCUMENTS TO BE PRODUCED PURSUANT TO SUBPOENA

1. Copies of any and all letters, writings, notes, documents, records, memoranda, files, accountings, documents and agreements pertaining to any tax obligation, lien or encumbrance asserted by the Internal Revenue, as against or pertaining to Gary H. Beachum, Katherine T. Beachum and/or Zachary Ashton or their assets; including but not limited to 99 Larch Road, East Greenwich, Rhode Island.

2. Copies of any and all documents, including, but not limited to, copies of all agreements, correspondence, letters, writings, notes, listings, advertisements, appraisals, records, closing documents, copies of checks or payments, communications with Gary H. Beachum, Katherine T. Beachum or Zachary Ashton, their attorneys or agents, or any other individual or entity relative to the property at 99 Larch Road, East Greenwich, Rhode Island.

3. Copies of any and all records pertaining the past and current addresses or assets of Gary H. Beachum, Katherine T. Beachum or Zachary Ashton.

4. Copies of any and all title abstracts, title reports, searches, appraisals performed as to the property identified as 99 Larch Road, East Greenwich, RI or any other properties now or previously owned by Gary H. Beachum, Katherine T. Beachum or Zachary Ashton.

5. Copies of payoff requests, letters, copies of checks, closing documents, HUD-1 Statements, discharges and/or releases evidencing satisfaction and/or payment of Gary H. Beachum, Katherine T. Beachum or Zachary Ashton, or any other individual or entity in connection with the above stated properties or assets.

6. Copies of any and all deeds, mortgages, liens, leases or other encumbrances or documents relative to title or purported interests in property at 99 Larch Road, East Greenwich, Rhode Island.

7. Copies of any and all files, contracts, letters, listings, reports, investigative data, appraisals, credit reports, asset searches, writings, notes, documents, records, memoranda, recordings, statements, e-mails, other documents or data, pertaining to the listing, marketing, evaluation, sale, closing of the property located at 99 Larch Road, East Greenwich, Rhode Island or relative to Gary H. Beachum, Katherine T. Beachum or Zachary Ashton or their assets.

8. Any and all other advertisements, disclosures, documents, listings, deeds, liens, records, statements, articles, reports, ledgers or any other written or printed matter relative to the listing, marketing, sales, closing, evaluation of the property at 99 Larch Road, East Greenwich, Rhode Island and any tax liens levied on or against Gary H. Beachum.

9. All listing agreements for the property located at 99 Larch Road, East Greenwich, Rhode Island.

10. Any and all letters, correspondence, notes, e-mails or other communications with, from, to, by or between any of the following persons or parties relative to the above-referenced persons, subjects or properties:

Gary Beachum

Katherine Beachum

Zachary Ashton

William Stone

Carolyn Mark

Robert Cressman, Jr.

H. Judy Derderian

John Comery, Esq.

Roger Coutu, Esq.

Charles T. Knowles

Ronald C. Markoff

Amy L. Mower

Maureen Ridgely

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WILLIAM C. STONE and
CAROLYN MARK

v. C.A. No.: 05-333S

THE UNITED STATES OF AMIERICA
(DEPARTMENT OF THE TREASURY
– INTERNAL REVENUE SERVICE)

**NOTICE TO TAKE DEPOSITION**

TO: **H. Judy Derderian**
**63 Thornfield Way**
**North Kingstown, RI 02874**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiffs will take the deposition upon oral examination of **H. Judy Derderian** on **March 29, 2006** at **3:00 p.m.** before a notary public or other qualified officer at the offices of **GIDLEY, SARLI & MARUSAK, LLP, One Turks Head Place, Suite 900, Providence, Rhode Island** and the deposition stall continue until completed as the taking thereof may be from time to time adjourned. Designation of the materials to be produced as set forth in subpoena is attached hereto and incorporated in this notice as "Exhibit A".

Plaintiffs,

WILLIAM C. STONE and CAROLYN MARK,

By their attorney,

James P. Marusak #2470
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644; (401) 331-9304 FAX

**CERTIFICATE OF SERVICE**

Robert Clark Corrente
Michael P. Iannotti
U.S. Attorney's Office
District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Attorney Wendy J. Kisch
U.S. Department of Justice, Tax Division
Civil Trial Section, Northern Region
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

I hereby certify that I forwarded a copy of the foregoing to the above-referenced counsel of record on this 10th day of March, 2005.

Karen Ciccone

cc: Allied Court Reporters

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WILLIAM C. STONE and
CAROLYN MARK

v. C.A. No.: 05-333S

THE UNITED STATES OF AMIERICA
(DEPARTMENT OF THE TREASURY
– INTERNAL REVENUE SERVICE)

**"EXHIBIT A"**

**LIST OF DOCUMENTS TO BE PRODUCED PURSUANT TO SUBPOENA**

1. Copies of any and all letters, writings, notes, documents, records, memoranda, files, accountings, documents and agreements pertaining to any tax obligation, lien or encumbrance asserted by the Internal Revenue, as against or pertaining to Gary H. Beachum, Katherine T. Beachum and/or Zachary Ashton or their assets; including but not limited to 99 Larch Road, East Greenwich, Rhode Island.

2. Copies of any and all documents, including, but not limited to, copies of all agreements, correspondence, letters, writings, notes, listings, advertisements, appraisals, records, closing documents, copies of checks or payments, communications with Gary H. Beachum, Katherine T. Beachum or Zachary Ashton, their attorneys or agents, or any other individual or entity relative to the property at 99 Larch Road, East Greenwich, Rhode Island.

3. Copies of any and all records pertaining the past and current addresses or assets of Gary H. Beachum, Katherine T. Beachum or Zachary Ashton.

4. Copies of any and all title abstracts, title reports, searches, appraisals performed as to the property identified as 99 Larch Road, East Greenwich, RI or any other properties now or previously owned by Gary H. Beachum, Katherine T. Beachum or Zachary Ashton.

5. Copies of payoff requests, letters, copies of checks, closing documents, HUD-1 Statements, discharges and/or releases evidencing satisfaction and/or payment of Gary H. Beachum, Katherine T. Beachum or Zachary Ashton, or any other individual or entity in connection with the above stated properties or assets.

6. Copies of any and all deeds, mortgages, liens, leases or other encumbrances or documents relative to title or purported interests in property at 99 Larch Road, East Greenwich, Rhode Island.

7. Copies of any and all files, contracts, letters, listings, reports, investigative data, appraisals, credit reports, asset searches, writings, notes, documents, records, memoranda, recordings, statements, e-mails, other documents or data, pertaining to the listing, marketing, evaluation, sale, closing of the property located at 99 Larch Road, East Greenwich, Rhode Island or relative to Gary H. Beachum, Katherine T. Beachum or Zachary Ashton or their assets.

8. Any and all other advertisements, disclosures, documents, listings, deeds, liens, records, statements, articles, reports, ledgers or any other written or printed matter relative to the listing, marketing, sales, closing, evaluation of the property at 99 Larch Road, East Greenwich, Rhode Island and any tax liens levied on or against Gary H. Beachum.

9. All listing agreements for the property located at 99 Larch Road, East Greenwich, Rhode Island.

10. Any and all letters, correspondence, notes, e-mails or other communications with, from, to, by or between any of the following persons or parties relative to the above-referenced persons, subjects or properties:

Gary Beachum

Katherine Beachum

Zachary Ashton

William Stone

Carolyn Mark

Robert Cressman, Jr.

H. Judy Derderian

John Comery, Esq.

Roger Coutu, Esq.

Charles T. Knowles

Ronald C. Markoff

Amy L. Mower

Maureen Ridgely