RECEIVED
MAR 31 2006
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WILLIAM C. STONE and
CAROLYN MARK

v. C.A. No.: 05-333S

THE UNITED STATES OF AMIERICA
(DEPARTMENT OF THE TREASURY
– INTERNAL REVENUE SERVICE)

**DISMISSAL STIPULATION**

The parties hereby agree that this matter may be dismissed with prejudice, no interests or costs.

James P. Marusak, Esq.
*Attorney for Plaintiffs*
GIDLEY SARLI & MARUSAK, LLP
One Turks Head Place
Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 FAX

Michael P. Iannotti
*Attorney for Defendant*
U.S. Attorney's Office
District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

FAX (401) 709-5001

Attorney Wendy J. Kisch
*Attorney for Defendant*
U.S. Department of Justice, Tax Division
Civil Trial Section, Northern Region
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
FAX (202) 514-5238

Date: 3/31/06

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 4/4/06